IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANTHONY L. BURRIES, | ) | 4:13CV3218 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| RICHARD CRUICKSHANK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on its own motion. On December 19, 2013, Plaintiff filed his Complaint in this matter. (Filing No. 1.) However, Plaintiff failed to pay the filing fee or file a motion for leave to proceed in forma pauperis. (*See* Docket Sheet.) On December 27, 2013, the court directed Plaintiff to either tender the $400.00 filing and administrative fees to the Clerk of the court or submit a request to proceed in forma pauperis. (Filing No. 4.) In doing so, the court warned Plaintiff that failure to comply by January 27, 2014, would result in the dismissal of this matter without further notice. (*Id*.)

    On January 13, 2014, the court's December 27, 2013, Memorandum and Order was returned as undeliverable. (Filing No. 5.) Plaintiff has not updated his address and his whereabouts are unknown. Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). In addition, Plaintiff did not pay the filing fee or request leave to proceed in forma pauperis by January 27, 2014. (*See* Docket Sheet.) Accordingly,

    IT IS THEREFORE ORDERED that:

    1.    Plaintiff's Complaint (filing no. 1) is dismissed without prejudice because Plaintiff failed to comply with this court's orders and the local rules.

2. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 13th day of February, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.